**Clerk's Minutes Regarding**
**Rule 16 Settlement Conference**

**CASE NAME:**        *Feinmark v. USA*

**CASE NUMBER:**      Civ. No. 20-1079 JAP/JFR

A Rule 16 Settlement Conference was held on Monday, September 27, 2021, *via* ZOOM, before United States Magistrate Judge John F. Robbenhaar.

**PLAINTIFF'S ATTORNEYS PRESENT:**   Ben Allison
                                     Justin Miller

**WITH CLIENT:**                     Daniel Feinmark

**DEFENDANT'S ATTORNEY PRESENT:**    Roberto Ortega

**WITIH CLIENT:**                    Theresa Copeland, Department of Interior,
                                     Assistant Agency Counsel

**RESULTS OF SETTLEMENT CONFERENCE:**

   Case did not settle.  However, settlement negotiations are ongoing.

**TIME SPENT IN SETTLEMENT CONFERENCE:**

   Five Hours and Thirty Minutes

**TIME SPENT IN PRE-SETTLEMENT SEPARATE CAUCASES:**

   One Hour and Three Minutes