**Clerk's Minutes Regarding**
**Rule 16 Settlement Conference**

**CASE NAME:**     *Feinmark v. USA*

**CASE NUMBER:**     Civ. No. 20-1079 JAP/JFR

Follow-Up Rule 16 Settlement Conference was held on Friday, December 10, 2021, before United States Magistrate Judge John F. Robbenhaar.

**PLAINTIFF'S ATTORNEY PRESENT:**     Ben Allison

**WITH CLIENT:**     Daniel Feinmark

**DEFENDANT'S ATTORNEY PRESENT:**     Roberto Ortega

**RESULTS OF SETTLEMENT CONFERENCE:**

   Case settled.  The parties will begin work on release documents.

   Closing documents are due within 30 days.

**TIME SPENT IN FOLLOW-UP SETTLEMENT CONFERENCE:**

   Eight Minutes

**TIME SPENT IN SEPARATE CAUCASES:**

   Thirty-Seven Minutes